UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-HC-2015-BO

UNITED STATES OF AMERICA,  )
          Petitioner,  )
                            )
   v.                         )        ORDER
                            )
LEROY CONANT,  )
          Respondent.  )

This mater comes before the court upon motion of the United States to dismiss the Certification of a Sexually Dangerous Person filed against the respondent. Based on the information contained in the Motion and Memorandum of the petitioner and for good cause having been shown, the court GRANTS the United States' motion. The court hereby dismisses the above-captioned matter *with prejudice*.

SO ORDERED this 29 day of August, 2011.

                                            _____
                                            TERRENCE W. BOYLE
                                            United States District Judge