IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Petitioner<br>　　v.<br>LEROY LEMONT CONANT<br>　　　　Respondent | **Judgment in a Civil Case**<br><br>Case Number: 5:09-HC-2015-BO |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the Government's motion to dismiss the Certificate of a Sexually Dangerous Person

**IT IS ORDERED AND ADJUDGED** that Government's motion to dismiss is granted with prejudice.

This Judgment Filed and Entered on August 29, 2011, with service on:
Michael James (via CM/ECF Notice of Electronic Filing)
Michael D. Bredenberg (via CM/ECF Notice of Electronic Filing)
R.A. Renfer, Jr. (via CM/ECF Notice of Electronic Filing)
Seth M. Wood (via CM/ECF Notice of Electronic Filing)
Christopher J. Blake (via CM/ECF Notice of Electronic Filing)

August 29, 2011　　　　　　　　　　　　　　/s/ Dennis P. Iavarone
　　　　　　　　　　　　　　　　　　　　　Clerk

Raleigh, North Carolina

Case 5:09-hc-02015-BO　Document 52　Filed 08/29/11　Page 1 of 1